1  BENJAMIN B. WAGNER
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | ) | NO. 2:11-SW-0015 DAD |
|---|---|---|
| | ) | |
| 8951 EL MIRADOR DRIVE, | ) | ORDER TO UNSEAL |
| APARTMENT 3, | ) | SEARCH WARRANT |
| ELK GROVE, CA 95624 | ) | |

     The Court hereby orders that the above-captioned search warrant and accompanying documents shall be unsealed.

DATED:  January 26, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE